**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6395**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LARRY LEE HAYNES,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Solomon Blatt, Jr., Senior District Judge. (5:95-cr-00064-SB-1)

———————

Submitted: July 30, 2009        Decided: August 5, 2009

———————

Before MOTZ, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Lee Haynes, Appellant Pro Se. Sean Kittrell, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Lee Haynes appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). Haynes relies on Amendment 706 to the Sentencing Guidelines as the basis for his motion. See U.S. Sentencing Guidelines Manual, App. C. Amend. 706. The district court lowered Haynes' sentence from 360 months to 292 months of imprisonment, the bottom of his recalculated sentencing range under the Amendment. Nonetheless, Haynes appeals. To the extent Haynes seeks a sentence below his amended Guidelines range, we deny relief based on our recent decision in United States v. Dunphy, 551 F.3d 247, 257 (4th Cir. 2009). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2